

FILED

JAN 05 2015

RICHARD W. ~~~~~~
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN S. LYNN, | No. C 14-5063 LHK (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| SACRAMENTO SUPERIOR COURT, | |
| Respondent. | |

On November 17, 2014, petitioner, a state prisoner proceeding *pro se*, filed a federal writ of coram vobis.[1] That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file an application to proceed in forma pauperis ("IFP). The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. To date, petitioner has not paid the filing fee or otherwise communicated with the court. As more than twenty-eight days have passed since petitioner was instructed to pay the filing fee or file an application to proceed IFP, this case is DISMISSED without prejudice. The clerk shall terminate all pending motions and close the case.

---

[1] This matter was initially assigned to a magistrate judge. After petitioner declined magistrate judge jurisdiction, this case was reassigned to the undersigned on December 15, 2014.

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Lynn063ifpdis.wpd

1  IT IS SO ORDERED.
2  DATED: 1/2/15

                                   Lucy H. Koh
                                   LUCY H. KOH
                                   United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Lynn063ifpdis.wpd    2